# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MUSEUM OF MODERN ART,<br><br>             Plaintiff,<br><br>    v.<br><br>MOMACHA IP LLC and MOMACHA OP LLC,<br><br>             Defendants. | Case No. 1:18-cv03364-LLS |

### NOTICE OF PLAINTIFF THE MUSEUM OF MODERN ART'S <u>MOTION FOR PRELIMINARY INJUNCTION</u>

      PLEASE TAKE NOTICE that plaintiff The Museum of Modern Art ("Plaintiff" or "MoMA"), upon the accompanying Memorandum of Law in support of its motion for a preliminary injunction against Defendants MoMaCha IP LLC and MoMaCha OP LLC, ("Defendants" or "MoMaCha"), the Declaration of Rob Baker in support thereof, and the Declaration of Jamie A. Levitt in support thereof, and all other papers filed in the above-captioned action, hereby moves this Court, before the Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and at a time designated by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 65, enjoining Defendants from using, displaying, or promoting the MOMA or MOMACHA marks, and the https://momacha.com/ domain name, during the pendency of this action.

1

Dated: April 20, 2018      MORRISON & FOERSTER LLP

By: ⎯s/ Jamie A. Levitt⎯

Jamie A. Levitt
250 West 55th Street
New York, New York  10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: JLevitt@mofo.com


Jennifer Lee Taylor (*pro hac vice* forthcoming)
Sabrina A. Larson (*pro hac vice* forthcoming)
425 Market Street
San Francisco, California  94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
Email: JTaylor@mofo.com
          SLarson@mofo.com


Attorneys for Plaintiff
THE MUSEUM OF MODERN ART