# EXHIBIT J



artcollectornyc • Follow
MoMaCha

**artcollectornyc** Dan Lam
**artcollectornyc** .
.
.
.
.
#art #artists #artnyc #nyc #manhattan #ny #nyart #newyork #artcollector #artgallery #gallery #photooftheday #instagood #instahappy #instaart #instadaily #artoftheday #artwork #artist #contemporaryart #igersnyc #newyorkart #museum #gallery #hypebeast #sopopomo #momacha #danlam

**etiennecohenart** These cool colours special💓🖤💓

**artstagram__** Yayyy you went! Love this shot ♀

**artcollectornyc** @artstagram__ Yes I did.

133 likes
APRIL 10

Log in to like or comment.