# EXHIBIT K





 pdemiddel • Follow

**pdemiddel** When a museum makes Machas 🖤 #noho #danlam #danlam #momacha #multitasking #artandmacha #greentea #modernart #bowery

**25 likes**
4 DAYS AGO

Log in to like or comment.