# EXHIBIT L





circadiem • Follow
MoMaCha

**circadiem** Matcha + CBD = LIT Available Friday 4/20 #momacha #latteart #matcha #instafood

**lanzworth** 🖤🖤🖤

**gabec_31** Woah 👍

**dashofairy** @kimlo10

**kimlo10** Oooohhhh @dashofairy I haven't been to MoMa in a while! Great excuse.

**81 likes**

1 DAY AGO

Log in to like or comment.