# EXHIBIT M

| | |
|---|---|
| **From:** | Marc Reiner |
| **To:** | Taylor, Jennifer Lee (SF) |
| **Subject:** | [EXT] MoMaCha |
| **Date:** | Monday, March 26, 2018 3:16:03 PM |

Dear Ms. Taylor,

I represent an artist whose work has been misappropriated by a soon-to-be-opened café and art studio named MoMaCha (momacha.com).  I'm writing to you because I see you are listed as counsel for many of the Museum of Modern Art's trademark holdings.  It was our assumption that MoMaCha is not affiliated with your client because its applications for the trademarks MOMA (Ser. No. 87758842) and MOMACHA (Ser. No. 87689255) are listed as owned by MoMaCha IP LLC.  But the style of the font and the display of the name looked so much like the familiar MoMA logo that I wanted to confirm that there is no affiliation so we can direct our protest to the right entity.  Can you please confirm that the entities are unrelated?

Thank you very much for your time.

Best,

Marc

_____

Marc S. Reiner
Hand Baldachin & Amburgey LLP
8 West 40th Street
12th Floor
New York, NY 10018
Direct:  212.295.2719
Main:   212.956.9500
Fax:     212.376.6080
www.hballp.com