UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:  1:18-cv03364-LLS

THE MUSEUM OF MODERN ART,

    Plaintiff,

v.

MOMACHA IP LLC and MOMACHA OP LLC,

    Defendants.
_____/

## NOTICE OF DEFENDANTS' MOTION TO DISMISS CLAIM FOR TRADEMARK DILUTION

PLEASE TAKE NOTICE that defendants, MOMACHA IP LLC and MOMACAHA OP LLC, upon the accompanying *Defendants' Memorandum in Support of Defendants' Motion to Dismiss Claim for Trademark Dilution* and all other papers filed in the above-captioned action, hereby moves this Court, before the Honorable Louis L Stanton, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and a time designated by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the plaintiff's trademark dilution claim.

Dated:  May 21, 2018

                                      **AGENTIS PLLC**
                                      *Counsel for Defendants*
                                      501 Brickell Key Drive, Suite 300
                                      Miami, Florida  33131
                                      T. 305.722.2002  │www.agentislaw.com

                      By:    */s/ Christopher B. Spuches*
                               Christopher B. Spuches
                               New York Bar No.:  2848653
                               cbs@agentislaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notices of electronic filing to the following:

MORRISON & FOERSTER LLP

Jamie A. Levitt
250 West 55th Street
New York, New York 10019
T.  212.468.8000
F.  212.468.7900
jlevitt@mofo.com

Jennifer Lee Taylor
Sabrina A. Larson
425 Market Street
San Francisco, California 94105
T.  415.268.7000
F.  415.268.7522
jtaylor@mofo.com
slarson@mofo.com

|  |  |
|---|---|
| By: | */s/ Christopher B. Spuches* |
|  | Christopher B. Spuches |
|  | New York Bar No.:  2848653 |
|  | cbs@agentislaw.com |