**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE MUSEUM OF MODERN ART, | Case No.    1:18-cv-03364-LLS |
| Plaintiff, | |
| v. | **DECLARATION OF JAMIE A. LEVITT IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF THE MUSEUM OF MODERN ART'S MOTION FOR PRELIMINARY INJUNCTION** |
| MOMACHA IP LLC and MOMACHA OP LLC, | |
| Defendants. | |

I, JAMIE A. LEVITT, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Plaintiff The Museum of Modern Art ("MoMA").  I am duly licensed to practice in the courts of the State of New York.  This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2.      I submit this declaration in support of The Museum of Modern Art's Reply in Support of Motion for Preliminary Injunction.

3.      Attached hereto as **Exhibit A** is a true and correct copy of a MoMaCha Instagram post.

4.      Attached hereto as **Exhibit B** is a true and correct copy of an article titled "MoMA Sues New Café and Gallery 'MoMaCha' for Trademark Violation," dated April 20, 2018.

5.      Attached hereto as **Exhibit C** is a true and correct copy of a current print-out of the Trademark Status & Document Retrieval ("TSDR") page for U.S. Application Serial

No. 87/657,817 and the February 14, 2018 office action issued by the United States Patent and Trademark Office ("USPTO").

6.      Attached hereto as **Exhibit D** is a true and correct copy of a current print-out of the TSDR page for U.S. Application Serial No. 87/657,832 and the February 14, 2018 office action issued by the United States Patent and Trademark Office ("USPTO").

7.      Attached hereto as **Exhibit E** is a true and correct copy of a current print-out of the TSDR page for U.S. Application Serial No. 87/856,861.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the Yelp page for MoMaCha.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on May 21, 2018, in New York, New York.

By:   _/s/ Jamie A. Levitt_

JAMIE A. LEVITT