**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 21, 2018

Writer's Direct Contact
+1 (212) 468.8203
JLevitt@mofo.com

By ECF

Hon. Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *The Museum of Modern Art v. Momacha IP LLC and Momacha OP LLC*,
      Case No. 1:18-cv-03364-LLS

Dear Judge Stanton:

Pursuant to Rule 2(E) of the Court's *Individual Practices*, I write on behalf of Plaintiff in the above-captioned matter to request oral argument on Plaintiff's Motion for Preliminary Injunction, filed on April 20, 2018. [ECF No. 7] Plaintiff believes that oral argument will assist the Court in its consideration of the issues presented in Plaintiff's motion and will allow counsel to respond to inquiries from the Court.

Respectfully,

  /s/ *Jamie A. Levitt*
Jamie A. Levitt

cc:  All counsel of record (via ECF)

ny-1327363